```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

KENNETH A. WHITE,

    Plaintiff,

v.                                    CIVIL ACTION NO. 1:13-29923

FANNIE MAE, et al.,

    Defendants.

### MEMORANDUM OPINION AND ORDER

    By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendations regarding disposition pursuant to 28 U.S.C.A. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to the court his Findings and Recommendation on January 11, 2016, in which he recommended that the district court grant plaintiff's motion to dismiss Midland Funding, LLC with prejudice, deny as moot defendant Midland Funding's motion to dismiss, dismiss plaintiff's complaint as to Midland Funding with prejudice, and refer the matter back to the magistrate judge for further proceedings.

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days, plus three mailing days, in which to file any objections to Magistrate Judge Aboulhosn's Findings and Recommendation.  The failure of any party to file such objections constitutes a waiver of such party's right to a

de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

The parties failed to file any objections to the Magistrate Judge's Findings and Recommendation within the applicable time period.  Having reviewed the Findings and Recommendation filed by Magistrate Judge Aboulhosn, the court adopts the findings and recommendations contained therein.  Accordingly, the court hereby **GRANTS** plaintiff's motion to dismiss Midland Funding, LLC with prejudice, **DENIES** as moot defendant Midland Funding's motion to dismiss, and **DISMISSES** plaintiff's complaint as to Midland Funding with prejudice.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff, pro se, and counsel of record.

**IT IS SO ORDERED** this 13th day of May, 2016.

ENTER:

David A. Faber
Senior United States District Judge